UNITED STATES OF AMERICA DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | |
| ) | CASE NO. 03-CR-20064 |
| v ) | |
| ) | Judge Michael P. McCuskey |
| ) | |
| ) | |
| KEITH BENNETT JOHNSON ) | |
| Defendant ) | |
| ) | |
| ) | |

MOTION FOR DISMISSAL

&

ORDER OF RESCUE (RELIEF)

FILED
DEC 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

---

DEFENDANT, KEITH BENNETT JOHNSON, is untrained in the field of law, relying on the protections afforded him in litigation by the U.S. Supreme Court in Hughes v Rowe 499 U.S. 5, 9-10; 101 S. Ct. 173; 175-177; 66 L. Ed. 2d 163 (1980) (per curiam): 30 L. Ed. 652 (1972), where pro se briefs should be liberally construed and not held to technical compliance with rule or procedure.

Construction - 18 U.S.C. Rule 2 - Purpose and Construction: "These rules are not, and were not intended to be, rigid code to have inflexible meaning, irrespective of the cirrcumstance".    ( Fallen v U.S. Fla. 1964, 84 S. Ct. 1689, 378 U.S. 139, 12 L. Ed. 760)

---

Keith Bennett Johnson

PRO SE

P.O. Box 12014

Terre Haute, IN 47801

Inmate # 14092-026

MOTION FOR DISMISSAL AND ORDER OF RESCUE

NOW COMES THE DEFENDANT, correctly as per the indictment, KEITH BENNETT JOHNSON, correctly as per his given christian name, Keith Bennett (Johnson), and entters for the record the following:

1. This court did in-fact have jurisdiction to rule on Motion which was filed and denied due to question of jurisdiction, as per the Court of Appeals for the Seventh Circuit. Evidence of such has been provided herewith, in the exhibit as marked exhibit (1) one attached hereto. This is not to say that the defendant, agrees with any jurisdiction of the courts of the UNITED STATES OF AMERICA, but is to say according to Rules of Code and procedure, this court did have at least authority to have considered Motion to Vacate and Dismiss. Given such the Motion has been refiled and will stand on its own merits.

2. This court has again, proceeded in a manner which has denied the defendant Due Process by his rights to Liberty, and other Constitutionally afforded rights. Therefore, this court again is called upon to have the palintiff in this case; UNITED STATES OF AMERICA, prove that jurisdiction in this court is correct and with the proper authority.
Title 28 F.R.C.P. Rule 12 (h) states; (3) whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action.
Therefore, it is requested that this court dismiss this case ab inito.
To wit; " Raising jurisdictional objections by way of cross motion to dismiss is approperiate manner of raising such objections in accordance with ....rules.
( Schering Corp. v U.S., Cust. & Pat. App. 1980, 626 F. 2d 162 )

Defense of lack of jurisdiction over subject matter may be raised on motion to dismiss action and not only on motion to dismiss complaint.
( Suwanne S.S. Co. v U.S., 1973, 354 F. Supp. 1361, 70 Cust. Ct. 327, C.R.D. 73 - 3.)
Burden of Proof by the Plaintiff, must be provided and a hearing on such must be instituted with all parties present;
Generally, plaintiffs allegations of jurisdiction are sufficient, but when they are questioned, the burden is on the plaintiff to prove jurisdiction.
(Rosemound Sand & Gravel v Lambert Sand & Gravel Co. C.A. La. 1972, 469 F. 2d 416)

Page 1

Jurisdiction of a federal district court is not presumed, and the complaint must, as against a motion to dismiss for want of jurisdiction, allege fact showing jurisdiction. ( Miller v Brown Shipbuilding Co. C.C.A. Tex. 1948, 165 . F. 2d 956)

also see:(Brown Bros. v State of Mich. D.C., Mich. 1967, 266 F. Supp. 506)

(Exchange Nat. bank of Chicago V Touche Ross & Co. 1976, 544 F. 2d 1126)

( Stewart v U.S. C.A. Ill. 1952, 199 F.2d 517)

It is also, self-evident that at times when convenient to this court it has chosen to claim no jurisdiction in order to avoid ruling. Evidence to such is provided as exhibit (2) two.

3. Under the matter of jurisdiction this case demand dismissal, and further evidence has been provided in the form of the MOTION TO VACATE GUILTY PLEA and DISMISSAL as filed before this court on the 14th of December 2005.

4. It also seems, that the defendant in this case has been substituted or has in some manner been able through HOCUS POCUS, changed from one known as KEITH BENNETT JOHNSON, to one of a flesh and blood, Keith Bennett Johnson. It agains seems dependent upon the court as to the usage. It should be entered into the record that the defendant, still remains KEITH BENNETT JOHNSON , as per the indictment, in change of defendant, would constitute <u>Fraud</u> by the court(s) and presumption of same is hereby noted.

5. As, to the matter of Order of Rescue it is hereby stated that under this courts rules the defendant, prays for a Bill to carry a decree into execution. As so stated, One which is filed when, from neglect of parties or some other cause, it may become impossible to carry a decree into execution without the further decree of the court. Black's 5th Ed.

The neglect in this matter is self-evident and the need for this court to act in dismissal and provide relief is long over due. Therefore. the matter should be dealt with in an expdited time frame and decree and relief granted as per law.

<u>PRAYER FOR RELIEF</u>

The instant matter before this court, presents an Absolute obligation by this court to enter an ORDER FOR RESCUE and DISMISSAL ab intio. Absolute as in Black's 5th ...... absolute obligation.......one which gives no alternative to the obligor, but requires fulfillment according to engagement. And the Order of Rescue; .......forcibly and knowingly freeing another from arrest, imprisonment or legal custody without any effort by prisoner to free himself. (Merrill v State, 42 AZ. 341 26 P. 2d 110)

This Motion is submitted this the 21st day of December, 2005 such having been drawn by my hand attested hereto:

*Keith Bennett (Johnson)* in flesh and blood
Keith Bennett (Johnson) Natural Person 12-21-05

NOTICE OF FILING
AND PROOF OF SRICE UPON THE PARTIES

TO: CLERK OF THE COURT , JOHN M. WATERS
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS DANVILLE/URBANA
Suite 218
201 South Vine Street
Urbana, Il. 61802-3369

Eugene L. Miller
Office of U.S. Attorney
201 S. Vine St.
Urbana, Il. 61802

Mailed via U.S. Postal service thru Inmate Mail on this the 21st day of December 2005.

Attested as such by my hand *[signature]*
Keith Bennett (Johnson)
in flesh and blood

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

Exhibit (1)

DATE: December 14, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL 61802-3369

FROM: Gino J. Agnello, Clerk

RE: 05-2378
USA v. Johnson, Keith B.
03 CR 20064, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [1] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [2] | Volumes of transcripts | [ ] |
| [1] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [1] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to: Counsel of record
[X] United States Marshal
[X] United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____     _____
(1071-120397)                         Deputy Clerk, U.S. District Court

Exhibit (2)

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Bernthal@ilcd.uscourts.gov,Chambers.McCuskey@ilcd.uscourts.gov,Mary_Ard
Message-Id:<252744>
Subject:Activity in Case 2:03-cr-20064-MPM-DGB USA v. Johnson "Order on Motion to Va
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from BB, ilcd entered on 12/14/2005 at 3:43 PM CST and filed on 12/14/2005

**Case Name:**	USA v. Johnson
**Case Number:**	2:03-cr-20064
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER striking [42] Motion to Vacate. This court has no jurisdiction to hear this motion because this case is currently on appeal to the Seventh Circuit Court of Appeals. Entered by Judge Michael P. McCuskey on 12/14/06. (BB, ilcd)

The following document(s) are associated with this transaction:

**2:03-cr-20064-1 Notice will be electronically mailed to:**

Tiffani D Johnson	tiffani_johnson@fd.org, Mary_Ardis@fd.org; Diana_L_King@fd.org

Eugene L Miller	eugene.miller@usdoj.gov, soni.holmes@usdoj.gov

**2:03-cr-20064-1 Notice will be delivered by other means to:**

E-FILED
Thursday, 29 December, 2005  09:51:05 AM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINIOS, DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>)<br>v )<br>)<br>)<br>)<br>KEITH BENNETT JOHNSON )<br>Defendant )<br>) | Case No. 03-CR-2006 4<br><br>Honorable Judge Michael P. McCuskey<br><br>**FILED**<br>DEC 14 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

MOTION TO VACATE GUILTY PLEA
&
TO DISMISSAL OF INDICTMENT

---

Defendant, KEITH BENNETT JOHNSON, is untrained in the field of law, relying on the protections afford him in litigation by the U.S. Supreme Court in Hughes v Rowe, 499 U.S. 5, 9-10; 101 S. Ct. 173; 175-177; 66 L. Ed. 2d 163 (1980) (per curiam): 30 L Ed. 652 (1972), where pro se briefs should be liberally construed and not held to technical compliance with rule or procedure.

Construction - 18 U.S.C. Rule 2 - Purpose and Construction: "These rules are not, and were not intended to be, a rigid code to have an inflexible meaning, irrespective of the cirrcumstance."

(Fallen v U.S., Fla. 1964, 84 S. Ct. 1689, 378 U.S. 139, 12 L. Ed 760.)

---

Keith Bennett Johnson
PRO SE
P.O. Box 12014
Terre Haute, Indiana 47810
#14092-026

SCANNED
DATE: 12/14/05 BY: kmj

MOTION TO VACATE GUILTY PLEA
AND DISMISSAL OF INDICTMENT

---

NOW COMES, THE DEFENDANT, acting pro se , and moves to vacate his plea of Guilty in this case and herein provides the court with grounds and evidence for such;

1. The defendant pro se, is presently under judgement of the court and warehoused at the Federal Prison Camp in Terre Haute, Indiana, under Inmate #14092-026.

2. Defendant, now states that according to law the Guilty plea as entered on March 11, 2004 should stand Vacated, and the defendant does hereby Vacate such for the record. Such Guilty plea was entered through counsel and KEITH BENNETT JOHNSON as her client.

3. Prior to the court appointment of Ms. Tiffani Johnson as counsel, the defendant, has pleaded Not Guilty on record for the court. This court saw fit to order a contracted agreement whereby the Attorney, Ms. Tiffani Johnson and the client KEITH BENNETT JOHNSON, as known as the defendant, were bound as Attorney and Client.① This relationship under law constituted that the client become a "Ward of the Court"② and in accordance with law was considered to be of "unsound mind". This rendered the client not capable to make an intelligent, informed, and fully understood③ decision about the matters before the court, and the plea agreement contract. It was for this reason, that the court appointed an Attorney to handle such matters, and provide protection, advise, and representation. The client in this case did as instructed and signed documents as presented by his protector, without reservation.

4. The Appeals Court for the Seventh Circuit in its infinite wisdom has saw fit to nullify this relationship and terminate the contract, therefore, restoring the defendant to his Sound Mind and fully recovered has use of his full faculties. He therefore, vacates his Guilty Plea entered while of unsound mind and goes back to his original plea of Not Guilty.

5. The defendant, does hereby state that he will be acting pro se from this point forward in this matter. Though he is not trained in law he will act in this capacity but, reserves the right to confer if need be with a more learned person.

6. The aforementioned plea agreement was evoked under Actio quod metas causa④ - Black's 5th Ed. and as such also requires this court to vacate the plea. The use of a agency response team by the UNITED STATES OF AMERICA Inc.⑤ would evoke such a response from any citizen, and therefore, our forefathers, provide protection under the Constitution.

7. The defendant, invokes his First Amendment⑥ right and has provided a Affidavit of Information to support his grounds for the plea to be vacated and for a Dismissal of the indictment.

8. The defendant, as a citizen of the "united States" does hereby state, that he in-fact does question the Jurisdiction of this court and the authority by which it claims to have over this matter. There is a subject-matter error, as this court is convened per military justice, as evidenced by the use of the military flag in the courtroom, and per the Executive Order as setforth in 1861 by the President of the "united States". The defendant therefore, Objects, to these proceedings for the record, and requests an immediate <u>Dismissal</u> ab inito, as to the Indictment, this being done in accordance with the rule:

> Title 28 Federal Rules of Civil Procedure, Rule 12 (h)
> 3 "Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall <u>dismiss</u> the action."

In addition to the above, there is the matter of "plain error" this is a fault in which it is self-evident, and appears within the charging instruments, the parties as per the indictment are in error. The plaintiff, UNITED STATES OF AMERICA, which is a corporation and stands insolvent, cannot bring suit against the flesh-and-blood and Natural Person, as Keith Bennett (Johnson), therefore, fraudulently acted, by creating an entity (apperance or facia only), KEITH BENNETT JOHNSON, whose body is titled to Keith Bennett Johnson. Therefore this "plain error" is reversible by the Dismissal of the Indictment ab inito. If this were not enough, the defendant, brings forth the question of the charging instrument and its use of Statute Code and not properly enacted law. The Statutes do not have authority over the flesh-and-blood Natural person of Keith Bennett (Johnson) and therefore this court has no jurisdiction in this matter, inspite of the plain error. The above being Quo animo, the defendant, moves this court to Dismiss this matter ab inito.

9. If this court determines to hold a hearing on this matter, then the defendant, states herewith, that the court should require the plaintiff, and defendant, both be produced, there being substanial agrguments to be made within these matters, and the defendants involvement in these matters is required as he stands <u>pro se</u>. It is further requested that the defendant, be released on bail pending such hearing, so that he might have ready access to necessary, materials, books, updated law books, in order to defend his position. The defendant does meet with all the criteria as per law for such release under bond, and has submitted such documentation as required in previous documents, to this court.

10. The defendant, is afforded the right per the Constitution to his choice of remedy in this matter, and states that he will accept no less, than a Complete Dismissal and an Order to Vacate the Judgement ab inito. This would satisfy the defendants', and the Constitutional obligation as <u>afforded under law</u>.

11. The Judge in this matter, has Sworn an Oath, to uphold the <u>law</u> and the Constitution of the "united States" and therefore is compelled to, in the interest of Justice, Dismiss this Indictment and Vacate the Judgement, ab inito. Any other action could be construed as an Act of Aggression and as such would need to be considered as a Declaration of war against a citizen of the "united States".

This Motion is Submitted this the ____9th____ day of __Dec__, 2005. suc having been drawn by my hand and attested as such :

*Keith Bennett Johnson*
Keith Bennett (Johnson) Natural Person
*flesh-and-Blood*

NOTES TO MOTION AND AFFIDAVIT

1. Attorney & Client relationship:
   Attorney: ...with an obligation to the courts and the public not to client, and whenever the duties of his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter
   Corpus Juris Secundum 1980 Section 4

   Client: ..... Clients are also called "wards of the court" in regard to their relationship with their attorneys.
   Corpus Huris Secundum 1980 Section 4
   and client is derived from the latin word Cliens: and under law known......
   as per Black's Dictionary of Law 6th Ed. ....... depened upon  another as a protector, adviser, or defender in suits at law or other difficulties.

2. Ward of the Court: Infants and persons of unsound mind. Black's 4th Ed.

3. Intelligent and fully understood: " A plea of guilty must be made voluntarily with (a) full understanding of the consequences." Alton v U.S. , D.C. Va. 1975

4. Actio quod metas causa: An action granted to one who had been compelled by unlawful force, or fear that was not groundless to deliver, sell, or promise a thing to another. Black's 5th Ed.

5. UNITED STATES OF AMERICA Inc.: "United States" means (A) a federal corporation ....
   28 U.S.C. ἰ 3002 (15). It is clear that the United States .......is a corporation....
   534 Federal Supplement 724, The United States government is a Foregin Corporation with respect to a State. 19 Corpus Juris Secundum ἰ 884.

6. 1st Amend. to Constitution and Affidavit of Information: ....is a petition for redress of grievances pursuant to Title 18 U.S.C. ἰ 4.

7. Plain Error: Doctrine of "plain error" encompasses those errors which are obvious, which affect the substainial rights of the accused, and which, if uncorrected, would be an affront to the integrity, and reputation of judicial proceedings. Black's 5th Ed.

8. Insolvent (UNITED STATES OF AMERICA) ....The U.S. bankruptcy of 1861 placed the country under Emergency War Powers (12 Stat 319) which has never been repealed and exsists in Title 50 USC Sections 212, 213, 215, Appendix 16, 26 CFR Chapter 1 ἰ 303.1-6 (a), and 31 CFR Chp. 5 ἰ 500.701 Penalties.
   The corporate U.S. declared bankruptcy a second time, whereby the Secretary of Treasury was appointed "Receiver" for the bankrupt U.S., this was done in 1933.

9. Natural Person: A human being, as opposed to artificial or fictitious "persons," such as corporations. The phrase "natural person" does not include corporate entities, but the phrase "person", without qualification, may or may not include artificial "persons", depending on the context. Thus, the phrase "no person" in the Fourteenth Amendment's equal protection clause has been held to include natural and artificial persons, but the same phrase "no person " in the Fifth Amendment's "privilege against self-incrimination" clause has been held to include only natural persons and not corporations since the privilege is personal and may not be asserted by an artificial person. Barron's 3rd.



10. Keith Bennett (Johnson) .... flesh-and-blood, natural person, is the only one who can be in possession of a living body and thereby maintains the Superior Title thereto, as per the rule of law known as " Possession is nine-tenths of the law" ......person in possession can only be ousted by one whose title is nine times better tah his, but it places in a light the legal truth that every claimant must succeed by the strength of his own title, and not by the weakness of his antagonist's. Black's 5th Ed.

11. The Constitution gives the right of .........the person due relief or remedy.. Right to exercise a choice of remedy....as provided in the 10th Amendment.

* Dimissal & Vacate: "Inasmuch as judgement of conviction and sentence would be necessarily have been set aside and a new trial would necessarilt have been granted if movant had been allowed to withdraw his plea of guilty ........... to prevent manifest injustice.
    U.S v Kent, C.A.,Ill 1968,397 F.2d 446, certiorari denied 89 S. Ct. 860,393. U.S. 1081, 21 L. Ed. 2d 773

    and from the same cite:

    " Manifest injustice standard for allowing withdrawal of gulty plea uünder this rule provides district court with greater leeway ..........

"This document drawn under right of 1st Amend."

Affidavit of Information in Support of Motion to VACATE Plea of Guilty and Dismissal of INDICTMENT, OF KEITH BENNETT JOHNSON

This Affidavit is presented under Title 18 U.S.C. §4, as .... a petition for redress of grievances ....

And is sworn to only God the Creator of all things....

1. I Keith Bennett (Johnson) am the Absolute owner of, and hold Superior title to the entity (fiction) known as KEITH BENNETT JOHNSON, and as a natural person, and flesh-and-blood, claim my self Sovereign, with power, Supreme political authority and paramount control ..... as stated and which Black 5th Edition can make more clear under the heading of the word Sovereignty. These stand as God Given rights of the natural person and are therefore, unalienable and not under the jurisdiction of any man.

Page 1 of 6

3.) It is affirmed that Keith Bennett (Johnson) has never entered a plea before this Court and as the Superior title holder of KEITH BENNETT JOHNSON does Accept for Value any and all documentation relating, ab initio, to this matter.

4.) The court should note that Keith Bennett (Johnson) is afforded the opportunity to resolve any such matters that may effect his life, liberty and pursuit of happiness, as per the Constitution and his Absolute rights. Such to be done by addressing any claimant there to, either on a private basis, or in a Court of law with the Jurisdiction to hear and determine such matters.

5.) The U.S. Court of Appeals for the 7th Circuit, as well as the U.S. Prosecutors' office in Urbana, ILLINOIS ~~Illinois~~ have confirmed by the lack (or silence) of production

(Page two of 6)

or rebuttal to the question of Jurisdiction by this District Court, such evidenced by the estoppel rule. Therefore a Order of Dismissal Should be entered.

6.) For the record, Keith Bennett (Johnson) a natural person, has never entered a Guilty Plea nor been indicted in this or any other Court in the UNITED STATES of AMERICA. Therefore, he is entitled by law for a immediate relief action by this Court.

7.) As a natural person, he is flesh-and-blood and he possesses and controls in ownership as attested under the law his body; refer to the rule of law — "Possession is nine-tenths of the law" — ".... a person in possession can only be ousted by one whose title is nine times better than his, but it places in a light the legal truth that every claimant must succeed by the strength of his own title, and not by the weakness of his antagonists"

Black's 5th Edition
(Page 3 of 6)

8.) There has been "Plain Error" which is a defect which constitutes the need for this Court to act and <u>dismiss</u> the matter. This case has had a "Plain Error" ab inito due to false and fraudulent charging documents. The fraud then was advanced by this court by Silent Estoppel which is to State per Black's 5th Ed. — such estoppel arises where person is under <u>duty</u> to speak or failure to speak is inconsistent with <u>honest dealings</u>. This Court and this Judge have not dealt in honesty with regard to this matter ab inito.

9.) The defendant was never afforded "Due Process" in this matter as the court contracted with another branch of the plaintiff (UNITED STATES OF AMERICA) in <u>order</u> to deny the "client" any

(Page 4 of 6)

opportunity to make his own decisions, for he was a "Ward of the Court". This again is a matter which demands a dismissal be ordered by this Court.

10.) The Court and Judge have used complete and utter Hocus Pocus and Slight of Hand methods throughout this matter and the flesh-and-blood human-being does charge the Courts with Barratary and demands from this the proper and only remedy for such "Complete Dismissal" ab inito.

Let the record reflect this in support of the Motion to Vacate Guilty Plea and that this is a true and correct statement of information as to the understanding by the flesh-and-blood person. Who does hereby acknowledge such by affixing

(Page 5 of 6)

his signature hereto in front of a Notary located in Terre Haute, Indiana on this the 9th day of 2005 in the month of December.

_Keith Bennett Johnson_                    12-9-05
(Keith Bennett Johnson)                    date
In-flesh-and-blood.

THE NOTARY AFFXING HIS SIGNATURE AND SEAL HERETO DOES ONLY STATE FOR THE RECORD
THE PERSON WHO HAS PRESENTED THIS DOCUMENT IS IN-FACT ONE KNOWN AS Keith Bennett
Johnson inmate# 14092-026, and is here before me in flesh-and-blood.
Located at the Federal Prison Camp in Terre Haute, Indiana, I as Notary do
hereby attest such as above stated _[signature]_

EXP: May 26, 2009
STATE OF INDIANA
COUNTY OF VIGO

(Page 6 of 6)

## NOTICE OF FILING AND PROOF OF SERVICE

---

TO : CLERK OF THE DISTRICT COURT IN URBANA FOR THE PRO SE DEPARTMENT
     201 S. Vine Street , Urbana, Ill. 61802

Eugene L. Miller, Office of the U.S. Attorney, 201 S. Vine St. Urbana, Ill. 61802

Sent  this the 9th day of December, 2005 via inmate mail and the U.S. Postal Service.

Done by my hand and herebt attested as such: *(signature)*
                                              Keith Bennett (Johnson)  14092-026