E-FILED
Tuesday, 17 January, 2006  03:29:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KEITH BENNETT JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 05-CV-2291 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## OPINION

On December 28, 2005, Petitioner, Keith Bennett Johnson, filed a document entitled "Motion for Dismissal & Order of Rescue (Relief)" (#1). Petitioner included the case number of his criminal case, 03-20064, on the document. On December 29, 2005, this court entered an Order (#3). In its Order, this court concluded that Petitioner's Motion could only be properly construed as a Motion Pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct the sentence. Accordingly, pursuant to Castro v. United States, 540 U.S. 375, 383 (2003), this court advised Petitioner of this court's intent to characterize the Motion as one under § 2255 and warned Petitioner that this characterization would subject any subsequent § 2255 motion to the restrictions applicable to second or successive § 2255 motions (see 28 U.S.C. § 2255 ¶ 8). This court further advised Petitioner that he had the opportunity to withdraw the Motion, if he did not want it to be considered a Motion under § 2255, or to amend it to include every § 2255 claim that he believes that he has. Castro, 540 U.S. at 383; see also Nolan v. United States, 358 F.3d 480, 482 (7th Cir. 2004).

Subsequently, Petitioner sent a document for filing in his criminal case, Case No. 03-20064. In this document, Petitioner stated that he did not want his prior Motion to be considered a Motion pursuant to 28 U.S.C. § 2255. He specifically asked to withdraw that Motion.

IT IS THEREFORE ORDERED THAT:

(1) Petitioner's Motion (#1) is hereby withdrawn. It will not be considered a Motion under § 2255 which will subject any subsequent § 2255 motion to the restrictions applicable to second or successive § 2255 motions.

(2) This case is terminated.

ENTERED this 17th day of January, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE