E-FILED
Monday, 27 February, 2006  04:42:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA

DISTRICT COURT FOR THE CENTRAL DISTRICT

OF ILLINOIS, DANVILLE/URBANA DIVISION

RE: KEITH BENNETT JOHNSON v. UNITED STATES OF AMERICA CIVIL CASE # 05-2291

TO: HON. MICHEAL P. Mc CUSKEY

　　　Clerk: John M. Waters

**FILED**

**FEB 27 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

A Motion for Relief of Judgement was filed with this court on Jan. 30th, 2006. When received by the clerk the document was stamped incorrectly as FILED JAN. 30th, 2005. Since there has been no communication as to a change in that file number it is presumed that such Motion is still pending under said file number. As of the date of this written communication no decision appears to have been rendered. The petitioner in the afore said Motion is not trained in law, and therefore seeks clarification as to the rules and procedure in this matter.

As per available information in our edition of the U.S.C.A. Rules, it is stated that the respondent had 20 days wherein, they could respond to the merits of the grounds setforth for relief. That period ended on the 18th of Feb., 2006. Since there has been no response to such grounds then it is understood that such are stood as truth and with merit. It is understandable, that since there were many grounds made for relief, that this court will not address each as to its merit. It is enough to state that the "totality of the circumstances" has yielded justice.

"If judge believes that there is serious danger that a miscarriage of justice has occurred, judge has power to set verdict aside, even if judge does not think that there was any erroneous rulings at trial." U.S. v Morales, C.A. 7 ( Ill.) 1990, 902 F. 2d. 604 .

As one not trained in law, the petitioner therefore requests that the court issue an Order to Set Aside the judgement in the interest of justice and that such be forwarded to the proper authorites to effectuate immediate release.

Respectfully Submitted this the 23 day of February, 2006 by my hand acting Ex Parte/ Pro Se and attested hereto by signature affixed below.

*[signature]*

Keith Bennett Johnson #14092-026   2/23/2006

UNITED STATES OF AMERICA DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, DANVILLE / URBANA DIVISON

KEITH BENNETT JOHNSON )
Petitioner )
 )  Civil Case No. 05-2291
 )
v. )  Hon. Judge Micheal P. McCuskey
 )
 )  FILED
UNITED STATES OF AMERICA )
Respondent )  JAN 3 0 2005
 )
        JOHN M. WATERS, Clerk
        U.S. DISTRICT COURT
MOTION FOR RELIEF OF JUDGEMENT IN   CENTRAL DISTRICT OF ILLINOIS
ACCORDANCE WITH RULE 60 F.R.C.P.    URBANA, IL

The PETITIONER, KEITH BENNETT JOHNSON, is untrained in the field of law, relying on the protections afforded him in litigation by the U.S. Supreme Court in Hughes v Rowe 499 U.S. 5, 9-10; 101 S. Ct. 173; 175-177; 661. Ed. 163 (1980) (per curiam): 30 L. Ed. 652 (1972), where pro se briefs should be liberally construed and not held to technical compliance with rule or procedure.

"Coram nobis motion is step in criminal proceeding that is, at same time, civil in nature and subject to these rules."
    ( U.S. v Balistrieri, C.A. Ill. 1979, 606 F.2d 216)

" Civil procedures are available to remedy criminal convictions and their consequences, especially where constitutional deprivations are involved."
    ( Neely v. U.S., C.A. Pa. 1976, 546 F. 2d. 1059)

KEITH BENNETT JOHNSON
#14092-026
P.O. Box 12014
F.P.C.
Terre Haute, IN. 47801

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Clerk of Court
Mr. Waters
201 S. Vine St. #218
Urbana, IL. 61802-3369

4a. Article Number 6812
7000 1530 0000 3866

4b. Service Type
☐ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
1-30-06

5. Received By: (Print Name)
M. Tellet

6. Signature: (Addressee or Agent)
X M. Tellett

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-98-B-0229    Domestic Return Receipt