E-FILED
Friday, 10 March, 2006  10:57:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, DANVILLE/URBANA DIV.

HON. JUDGE MICHEAL P. McCUSKEY
JOHN WATERS- Clerk

FILED
MAR 0 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Motion for Relief of Judgement - Keith Bennett Johnson v. UNITED STATES OF AMERICA
FILED ON JAN. 30th, 2006

This letter again is for clarification as to standing of this Motion within the District Court. In response to my last letter, I received on March 3, 2006 a copy of a Notice which stated that there was a modification which took place on 1/19/06 regarding an Order which I have attached herewith. As I had noted in my communication of the 23rd of February, 2006 there seems to have been a mistake made by the Clerks office in assigning a Civil Case Number of 05-2291, and then also marking the document with a stamp dated 30 Jan. 2005.

I have provided a copy of the Master Docket, printed on Feb. 23, 2006. This has been sent to attest to the fact that nowhere on the docket does it show this Modification from Order to Opinion. I have also noticed that there is no record of the fact that there was another ORDER issued on the same date 1/17/06 denying the Motion for a New Trial under Rule 33, nor has it been assigned a Document Number.

As, to the Motion currently before the court, with its mistaken number of 05-2291, you have not provided me with the new number so that such may be referenced. As stated, in my last communication by means of a sticky note, the Prosecutor was provided a copy of the Motion and such is again evidenced here forthwith, by means of a copy of the website of the court transcripts. The Prosecutors copy can show that I did not have a Civil Case Number at that time...for there was a blank provided where your clerk wrote in the number. The prosecutor in his duty to be just and fair should have pointed out such facts to the court or clerk. Needless to say, there still has been no response by either the prosecutor or the court in this matter.

This court needs to Set Aside the Judgement Order and Expunge the record either based upon the Motion and its many available reasons/merits or because of the lack of prosecution in this matter.

SUBMITTED AND ATTESTED TO BY MY HAND on this the 4th day of March, 2006.

_Keith Bennett Johnson_   3/4/06
Keith Bennett Johnson 14092-026
Petitioner / Pro Se / Ex Parte
P.O. BOX 12014
Terre Haute, IN 47801
cc: Appeals Court

Attached: 7 pages of evidence.

**Utility Events**
2:05-cv-02291-MPM-DGB Johnson v. United States of America **CASE CLOSED on 01/17/2006**

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from MT, ilcd entered on 2/27/2006 at 11:58 AM CST and filed on 2/27/2006
**Case Name:** Johnson v. United States of America
**Case Number:** 2:05-cv-2291
**Filer:**
**WARNING: CASE CLOSED on 01/17/2006**
**Document Number:**

**Docket Text:**
Notice of Docket Text or Event Modification. The Order entered 1/19/06 [4] was modified to change the word "ORDER" to "OPINION." (MT, ilcd)

The following document(s) are associated with this transaction:

**2:05-cv-2291 Notice will be electronically mailed to:**

Eugene L Miller    eugene.miller@usdoj.gov, soni.holmes@usdoj.gov

**2:05-cv-2291 Notice will be delivered by other means to:**

Keith Bennett Johnson
14092-026
PO Box 12014
Terre Haute, IN 47801

Rec. 3-3-06 from Clerk District Court

E-FILED
Monday, 30 January, 2006 03:21:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, DANVILLE / URBANA DIVISON

KEITH BENNETT JOHNSON
   Petitioner

v.        Civil Case No. 05-2291

        Hon. Judge Micheal P. McCuskey

UNITED STATES OF AMERICA
   Respondent

FILED
JAN 30 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR RELIEF OF JUDGEMENT IN
ACCORDANCE WITH RULE 60 F.R.C.P.

---

The PETITIONER, KEITH BENNETT JOHNSON, is untrained in the field of law, relying on the protections afforded him in litigation by the U.S. Supreme Court in Hughes v Rowe 499 U.S. 5, 9-10; 101 S. Ct. 173; 175-177; 661. Ed. 163 (1980) (per curiam); 30 L. Ed. 652 (1972), where pro se briefs should be liberally construed and not held to technical compliance with rule or procedure.

"Coram nobis motion is step in criminal proceeding that is, at same time, civil in nature and subject to these rules." ( U.S. v Balisterieri, C.A. Ill. 1979, 606 F.2d 216)

" Civil procedures are available to remedy criminal convictions and their consequences, especially where constitutional deprivations are involved." ( Neely v. U.S. C.A. Pa. 1976, 546 F. 2d 1059)

KEITH BENNETT JOHNSON
#14092-026
P.O. Box 12014
F.P.C.
Terre Haute, IN. 47801

---

GROUNDS AND EVIDENCE FOR RELIEF OF
JUDGEMENT FROM THIS COURT

NOW COMES THE Petitioner, acting pro se, and moves to be relieved from the judgement rendered by this court in his criminal matter under 03-CR-20064 in support of such motion the petitioner, enters the following with attached evidence;

IN the instant matter before the court, it has appeared at times, to the petitioner, that clarification is needed as to terms used. In an effort by this untrained in law, individual, to be clear let it be stated as per Black's 5th Ed. that; this motion is to be: " construed liberally" as per Black's liberal -"Free in giving; generous; not retrained or narrow-minded; not literal or strict." under Construction - " liberal (or equitable) construction; on the other hand, expands the meaning of the statute to meet the cases which are clearly within the spirit or reason of the law,......It means not that the words should be forced out of their natural meaning, but simply that they should recieve a fair and reasonable interpretation with respect to the objects and purposes of the instrument." Intrepretation - " The art or process of discovering and ascertaining the meaning......The discovery and representation of the true meaning of any signs used to convey ideas."

These are the protections/rights of the pro se, untrained in law, petitioner/defendant, whether in this case or another, but should not be extended to the trained in law, professional, who should be as competent in his craft, as the Judge is in Interpretation of such matters. The petitioner, has felt at times in the matter, that this has not been the case. This having been clarified the petitioner moves on to the instant matter; " A liberal construction of this rule is particularly appropriate where equitable considerations are involved." (Johnson Waste Mat. v Marshall C.A. Tex. 1980, 611 F. 2d 593) " This rule should be liberally construed for the purpose of doing substantial justice." (In re Hankins, D.C. Miss. 1973, 367 F. Supp. 1370 )

It is therefore concluded that this motion and the evidence invlovled should be viewed with the aforementioned criteria in mind.

THIS motion, is of the type and nature to accomplish relief from this court and the judgement rendered on April 29th, 2005 in the criminal matter. In support of this; " This rule relating to motions for relief from judgement establishes procedure intended to completely replace ancillary common law and equitable remedies of coram nobis." ( Bankers Mortg. Co. v U.S. C.A. Tex. 1970, 423 F. 2d 73 ) " Although this rule pertaining to relief from judgement or order abolished certain common law writs, this rule fully retained substance of such writs." (Matter v. Brown, D.C.D.C. 1975, 68 F.R.D. 172). As will be setforth in this motion, relief from judgement is proper on the basis of not only this rule, or its parameters,

(1)

Printed from records/Internet 2-23-06 KFS

this case. The petitioner, who has never been trained in law, has found a zest for both the law, and the Constitution. This has proven intense enough that the petitioner, has at 50 years old decided to move his life in a new direction. He intends on becoming a PUBLIC DEFENDER, in a hope to spare others the pain and suffering that he has had to endure in this matter. During my incarceration, I have received a G.E.D. from the state of Indiana and scored a perfect score on the comprehension part of the test. I have enrolled to take classes at the U of I but may look into something closer to home, if released. The petitioner, does not discount that this has been a life altering event, but as such it has effectuated change of direction. This should not be interpreted that the petitioner for any reason backs away from his arguments, only that he is well aware that from every ordeal both good and bad will come.

THE GROUNDS have been herefore set out for relief in this matter. The Interpretation of these grounds and evidence has been placed before the Judge for his review. To this matter as set forth in Black's the Judge is the artist and discoverer of the truth. The petitioner, therefore is in the hands of the Judge and his appliance of the law, and justice in this matter. The petitioner is of the opinion, that he has provided the grounds as setforth under Rule 60, but again he is not trained in law.

"Judgement will not be set aside absent a showing that defendant's mistake was due to an erroneous impression of fact, an unexpected and unavoidable occurance making neglect a matter not of carelessness, but of inevitability." (Federal's Inc. v Edmonton Inv. Co. D.C. Mich. 1975, 404 F. Supp. 68 affirmed 555 F. 2d. 577)

"Trial Court has the authority to grant relief from judgement whenever, considering all the relevant circumstances, such action is deemed appropriate in furtherance of justice." (Matter of Smith, Brkrcy. Va. 1980 3 B.R. 224 )

This motion is submitted with 29 pages of evidence as per Exhibita(cover page) a total number of 38 pages with motion. Drawn by my hand and attested to as such this the 26th day of January, 2006.

*Keith B. Johnson* 1/26/06
Keith B. Johnson - flesh and blood
P.O. Box 12014
Terre Haute, IN. 47801
Inmate # 14092-026

(8)

---

NOTICE OF FILING
AND PROOF OF SERVICE UPON PARTIES

TO: CLERK OF THE COURT, JOHN WATERS
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SUITE 218
201 South Vine St.
Urbana, IL 61802 - 3369

TO: Eugene Miller
Office of U.S. Attorney
201 S. Vine St.
Urbana, IL. 61802

Mailed this the 26th day of January 2006 via Inmate mail and U.S. Postal Service. By my hand and attested by my signature

*Keith B. Johnson*
Keith B. Johnson in
flesh and blood

Printed from records/Internet 2-23-06 KBJ

**2:05-cv-02291-MPM-DGB** Johnson v. United States of America
Michael P. McCuskey, presiding
David G. Bernthal, referral
Date filed: 12/28/2005
Date terminated: 01/17/2006 Date of last filing: 01/30/2006

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 5 | Filed & Entered: 01/30/2006 | Motion for Miscellaneous Relief |
| | Docket Text: MOTION for Relief of Judgment in Accordance with Rule 60 FRCP by Petitioner Keith Bennett Johnson. Responses due by 2/13/2006 (Attachments: # (1) Evidence)(MT, ilcd) | |
| 4 | Filed & Entered: 01/17/2006 | Order |
| | Docket Text: ORDER entered by Judge Michael P. McCuskey on 1/17/06. Petitioner's Motion [1] is hereby withdrawn. It will not be considered a motion under Section 2255 which will subject any subsequent Section 2255 motion to restrictions applicable to second or successive Section 2255 motions. Civil Case Terminated.(MT, ilcd) | |
| -- | Filed & Entered: 12/29/2005 | Notice of Docket Text or Event Modification |
| | Docket Text: Notice of Docket Text or Event Modification. The attachment to the Motion to Vacate/Set Aside/Correct Sentence [1] was deleted as it was an incomplete document. The complete document was reattached. (MT, ilcd) | |
| 3 | Filed & Entered: 12/29/2005 | Order |
| | Docket Text: OPINION entered by Judge Michael P. McCuskey on 12/29/05. Petitioner's Motion [1] will be construed by this court as a Motion Pursuant to 28 USC Section 2255. Petitioner is allowed 30 days from the date of this Order to withdraw his motion if he does not want to proceed under 28 USC Section 2255 or to amend his motion to include every Section 2255 claim that he believes that he has. If Petitioner does not withdraw or amend his motion, the Government is allowed until 2/28/06 to file its Response to Petitioner's Motion. If Petitioner amends his Motion within 30 days, the Government is allowed 30 days from the date of the amended motion to file its response. Miscellaneous Deadline 1/30/2006; Response due by 2/28/2006(MT, ilcd) | |
| -- | Filed & Entered: 12/28/2005 | Order |
| | Docket Text: TEXT ORDER entered by Judge Michael P. McCuskey on 12/28/05. The Government has until 1/27/06 in which to file a response to the petition to vacate/set aside/correct sentence. (MT, ilcd) | |
| 1 | Filed & Entered: 12/28/2005<br>Terminated: 01/17/2006 | Motion to Vacate/Set Aside/Correct Sentence (2255) |
| | Docket Text: MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Keith Bennett Johnson. (Attachments: # (1))(MT, ilcd) Additional attachment(s) added on 12/29/2005 (MT, ilcd). | |
| 2 | Filed & Entered: 12/28/2005 | Remark |
| | Docket Text: Remark: Copy of Criminal Judgment and Indictment from Case No. 03-20064. (MT, ilcd) | |

**PACER Service Center**
Transaction Receipt
02/23/2006 21:25:28

*Printed from Master via Internet*

## Other Orders/Judgments

2:05-cv-02291-MPM-DGB Johnson v. United States of America

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from MT, ilcd entered on 1/17/2006 at 3:39 PM CST and filed on 1/17/2006

**Case Name:**        Johnson v. United States of America
**Case Number:**      2:05-cv-2291
**Filer:**
**WARNING: CASE CLOSED on 01/17/2006**
**Document Number:** 4

**Docket Text:**
ORDER entered by Judge Michael P. McCuskey on 1/17/06. Petitioner's Motion [1] is hereby withdrawn. It will not be considered a motion under Section 2255 which will subject any subsequent Section 2255 motion to restrictions applicable to second or successive Section 2255 motions. Civil Case Terminated.(MT, ilcd)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=1/17/2006] [FileNumber=266342-0]
[632fb15831b846c64a6d12a63292aa8d25ad3c1743a5cb507386ae33466707083eb0
0e0e39afa37d8ede1efae0635a6bba9768c198d14b9a50137b50ffece7a5]]

**2:05-cv-2291 Notice will be electronically mailed to:**

Eugene L Miller     eugene.miller@usdoj.gov, soni.holmes@usdoj.gov

**2:05-cv-2291 Notice will be delivered by other means to:**

Keith Bennett Johnson
14092-026
PO Box 12014
Terre Haute, IN 47801

https://ecf.ilcd.circ7.dcn/cgi-bin/Dispatch.pl?738289079767832                        1/17/2006

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Jill.Good@usdoj.gov,Crystal.Gregory@usdoj.gov,Glen.Williams@usdoj.gov,Greg.Sims2
Message-Id:<266362>
Subject:Activity in Case 2:03-cr-20064-MPM-DGB USA v. Johnson "Order on Motion for N
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from BB, ilcd entered on 1/17/2006 at 3:48 PM CST and filed on 1/17/2006

**Case Name:** USA v. Johnson
**Case Number:** 2:03-cr-20064
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER denying [45] Motion for New Trial as to Keith Bennett Johnson. The court has carefully reviewed Defendant's Motion and finds no basis for relief pursuant to Federal Rule of Criminal Procedure 33. Entered by Judge Michael P. McCuskey on 1/17/06. (BB, ilcd)

The following document(s) are associated with this transaction:

**2:03-cr-20064-1 Notice will be electronically mailed to:**

Tiffani D Johnson    tiffani_johnson@fd.org, Mary_Ardis@fd.org; Diana_L_King@fd.org

Eugene L Miller    eugene.miller@usdoj.gov, soni.holmes@usdoj.gov

**2:03-cr-20064-1 Notice will be delivered by other means to:**


Rec. 1-24-06
from Court
KBJ

https://ecf.ilcd.circ7.dcn/cgi-bin/DisplayReceipt.pl?338410664861825-L_339_0-1    1/18/2006