**E-FILED**
Friday, 10 March, 2006 10:59:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| KEITH BENNETT JOHNSON | ) | |
| PETITIONER | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL CASE # ( Mistaken 05-2291) |
| | ) | filed 1/30/06 Rule 60 |
| UNITED STATES OF AMERICA | ) | |
| RESPONDENT | ) | |

**FILED**

REQUEST FOR CLERK TO FILE
ENTRY OF DEFAULT

MAR 0 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE PETITIONER, hereby requests that the clerk of this court, Districterante, Enter

the respondent's default in the matter of the motion referenced above, as a Rule 60

Motion for Relief from Judgement. The respondent has failed to answer before the time

alotted on the Docket of Feb. 13, 2006 and fialed to file for an extension thereto.

The respondent therefore has shown no cause why Motion should not be granted as per

the grounds set forth and for the Judgement to be Set Aside, as per the Writ of Coram

Nobis. This therefore constitutes default and should be entered as such in the Court's

records and Master Docket. This request combined with the attached affidavit should

be so acted upon by the Court and Release of the Prisioner/Petitioner effectuated

forthwith.

Date  3-6-06

Respectfully Submitted,

KEITH BENNETT JOHNSON, PRO SE
#14092-026
F.P.C.
P.O. Box 12014
Terre Haute, IN 47801

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, DANVILLE/URBANA

Civil Case # _____ (mistaken # 05-2291) Rule 60 Writ of Coram Nobis

### AFFIDAVIT OF DEFAULT JUDGEMENT IN RULE 60 Motion

KEITH BENNETT JOHNSON, being the petitioner herein does swear, depose, and say:

1. That he is the petitioner in this matter and action, and that he has personal knowledge of the facts set forth in this affidavit.

2. That on Jan. 30th, 2006 he did cause to have filed a copy of a Motion under Rule 60 and which has been entered into the District Court's Docket under document number 5. Said document was given wrong file number by the clerk and stamped with the wrong date of Jan. 30, 2005. Docket however has clearly stated that such was entered as 1/30/06 and the prosecution was given unitl Feb. 13, 2006 to respond, as per the docket.

3. There have been more than 21 days which have passed since respondent was to file an answer, and they have neither filed answer or asked for continuance.

4. The respondent, is not incompetent, infant, or in the Military Service.

5. There is not any factual dispute to the factual allegations as setforth in the petition for Writ.

6. On the fact admitted and stated it appears that the petitioner is entitled to the relief as a matter of law.

7. The District Court has the power to grant such Relief as per its powers provided under the All-Writs Act.

8. The Court, may discharge based upon no further prosecution, as per the affidavit.

9. This affidavit is executed by the affiant herein and with accordance to Rule 55(a) of the F.R.C.P. for the purposes of obtaining an entry of Default against the respondent herein, and as under statute for the respondent failure to answer the petitioner's filing.

_3-6-06_
Date

Respectfully Sumitted,

_Keith Bennett Johnson_  3/6/06

Keith Bennett Johnson 14092-026

pro se

P.O. Box 12014, Terre Haute IN 47801

Witness 1 _Peter J Stobbs_

Witness 2 _____

Due to a lck of a Notary my signature has been witnessed by two flesh and blood Natural Persons.

**2:05-cv-02291-MPM-DGB** Johnson v. United States of America
Michael P. McCuskey, presiding
David G. Bernthal, referral
**Date filed:** 12/28/2005
**Date terminated:** 01/17/2006 **Date of last filing:** 01/30/2006

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 5 | *Filed & Entered:*            01/30/2006 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION for Relief of Judgment in Accordance with Rule 60 FRCP by Petitioner Keith Bennett Johnson. Responses due by 2/13/2006 (Attachments: # (1) Evidence)(MT, ilcd) | |
| 4 | *Filed & Entered:*            01/17/2006 | Order |
| | *Docket Text:* ORDER entered by Judge Michael P. McCuskey on 1/17/06. Petitioner's Motion [1] is hereby withdrawn. It will not be considered a motion under Section 2255 which will subject any subsequent Section 2255 motion to restrictions applicable to second or successive Section 2255 motions. Civil Case Terminated.(MT, ilcd) | |
| -- | *Filed & Entered:*            12/29/2005 | Notice of Docket Text or Event Modification |
| | *Docket Text:* Notice of Docket Text or Event Modification. The attachment to the Motion to Vacate/Set Aside/Correct Sentence [1] was deleted as it was an incomplete document. The complete document was reattached. (MT, ilcd) | |
| 3 | *Filed & Entered:*            12/29/2005 | Order |
| | *Docket Text:* OPINION entered by Judge Michael P. McCuskey on 12/29/05. Petitioner's Motion [1] will be construed by this court as a Motion Pursuant to 28 USC Section 2255. Petitioner is allowed 30 days from the date of this Order to withdraw his motion if he does not want to proceed under 28 USC Section 2255 or to amend his motion to include every Section 2255 claim that he believes that he has. If Petitioner does not withdraw or amend his motion, the Government is allowed until 2/28/06 to file its Response to Petitioner's Motion. If Petitioner amends his Motion within 30 days, the Government is allowed 30 days from the date of the amended motion to file its response. Miscellaneous Deadline 1/30/2006; Response due by 2/28/2006(MT, ilcd) | |
| -- | *Filed & Entered:*            12/28/2005 | Order |
| | *Docket Text:* TEXT ORDER entered by Judge Michael P. McCuskey on 12/28/05. The Government has until 1/27/06 in which to file a response to the petition to vacate/set aside/correct sentence. (MT, ilcd) | |
| 1 | *Filed & Entered:*            12/28/2005 *Terminated:*            01/17/2006 | Motion to Vacate/Set Aside/Correct Sentence (2255) |
| | *Docket Text:* MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by Keith Bennett Johnson. (Attachments: # (1))(MT, ilcd) Additional attachment(s) added on 12/29/2005 (MT, ilcd). | |
| 2 | *Filed & Entered:*            12/28/2005 | Remark |
| | *Docket Text:* Remark: Copy of Criminal Judgment and Indictment from Case No. 03-20064. (MT, ilcd) | |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 02/23/2006 21:25:28 |