E-FILED
Monday, 13 March, 2006 03:34:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| GINO J. AGNELLO | 219 SOUTH DEARBORN STREET | TELEPHONE |
| CLERK | CHICAGO, ILLINOIS 60604 | (312) 435-5850 |

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned Petition for Writ of Mandamus has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-1648           Docketed on: 3/6/06
Short Caption:         Johnson, Keith B. v. McCuskey, Michael
District Court Judge:  Michael P. McCuskey
District Court No.:    05 C 2291

If you have any questions regarding this appeal, please call this office.

(1192-020995)

FILED
MAR 13 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL