# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 21, 2006



Before

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

FILED
MAR 23 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| IN RE:<br>    KEITH B. JOHNSON,<br>        Petitioner.<br><br>No. 06-1648 | ] Petition for Writ of<br>] Mandamus<br>] Central District of<br>] Illinois.<br>]<br>] No. 05 C 2291<br>]<br>] Michael P. McCuskey,<br>]     Chief Judge. |

    Upon consideration of the **MOTION FOR ISSUANCE OF WRIT OF MANDAMUS**, filed on March 6, 2006, by the pro se petitioner,

    **IT IS ORDERED** that the motion is **DENIED**.

True Copy:
Teste:

*[signature]* deputy clerk
United States
for the