UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT

OF ILLINOIS DANVILLE/URBANA DIVISION

KEITH BENNETT JOHNSON

PETITIONER

                         Civil Case # 05-CV 2291

v.

UNITED STATES OF AMERICA

RESPONDENT



NOTICE OF APPEAL

This is a NoTice of Appeal as to the decision rendered by Judge McCuskey on 7th day of March, 2006 in this Court regarding the case cited above. The petitioner, will be filing an Appeal with the Appeals Court for the Seventh Circuit regarding this matter. Such should be docketed and notice sent to petitioner at the below address.

This document has been drawn on the 6th day of April and sent by US Postal Serevice on the same day. A copy of the appeal document has been sent to the Prosecutor and such was recieved in the Appeals Court on the 3rd of April, then returned for lack of a docket number from the District/ due to lack of this document. I have drawn this Notice by my hand on this the 6th day of April and personally mailed such to the Court.

Keith Bennett Johnson 14092-026

FPC P.O. Box 12014

Terre Haute, 47801

*Keith B. Johnson*
Acting Pro Se

                                     Keith B. Johnson 4/6/06

PROOF OF SERVICE AND FILING OF NOTICE TO APPEAL

On this the 6th day of April 2006, I Keith Bennett Johnson, inmate # 14092-026 did deposit in the inmate mail for delivery via US Postal Service a copy of this notice and mailed such to the prosecutor also.
This has been done as per instruction by the Appeals Court for the 7th Circuit.

Mailed to:

United States District Court
201 Soth Vine Street
Urbana, Il. 61802

Eugene Miller
US Attorney
201 South Vine St.
Urbana, IL. 61802

I do hereby attest that such was done by my hand on this the 6th day of April, 2006.

Keith Bennett Johnson  4/6/06
Keith Bennett Johnson acting pro se 4/6/06