## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 05-2291

Division: Urbana

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

Keith Bennett Johnson, Petitioner-Appellant     v.     United States of America, Respondent-Appellee

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Keith Bennett Johnson                    Name: Eugene L. Miller

Firm: 14092-026                                Firm: U S Attorney's Office

Address: PO Box 12014                          Address: 201 S Vine St

Terre Haute, IN 47801                          Urbana, IL 61802

Phone:                                         Phone: 217-373-5875

---

Judge: Michael P. McCuskey                     Nature of Suit Code:  510

Court Reporter:                                Date Filed in District Court:  12/28/05

                                               Date of Judgment: 3/7/06

                                               Date of Notice of Appeal: 4/10/06

Counsel:  ___Appointed     ___Retained   XX  Pro Se

Fee Status:  ___Paid     XX  Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     XX  No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability:  ___granted; XX  denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order:  4/10/06

f Defendant is in Federal custody, please provide United States Marshal number (USM#):  14092-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**