21, 25, APPEAL, CLOSED, HABEAS

# U.S. District Court
## Central District of Illinois (Urbana)
### CIVIL DOCKET FOR CASE #: 2:05-cv-02291-MPM-DGB

| | |
|---|---|
| Johnson v. United States of America | Date Filed: 12/28/2005 |
| Assigned to: Chief Judge Michael P. McCuskey | Jury Demand: None |
| Referred to: Magistrate Judge David G. Bernthal | Nature of Suit: 510 Prisoner: Vacate Sentence |
| Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc | Jurisdiction: U.S. Government Defendant |

**Petitioner**

Keith Bennett Johnson     represented by **Keith Bennett Johnson**
14092-026
PO Box 12014
Terre Haute, IN 47801
*PRO SE*

V.

**Respondent**

United States of America     represented by **Eugene L Miller**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: eugene.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by Keith Bennett Johnson. (Attachments: # 1)(MT, ilcd) Additional attachment(s) added on 12/29/2005 (MT, ilcd). (Entered: 12/28/2005) |
| 12/28/2005 | 2 | Remark: Copy of Criminal Judgment and Indictment from Case No. 03-20064. (MT, ilcd) (Entered: 12/28/2005) |
| 12/28/2005 |  | TEXT ORDER entered by Judge Michael P. McCuskey on 12/28/05. The Government has until 1/27/06 in which to file a response to the petition to vacate/set aside/correct sentence. (MT, ilcd) (Entered: 12/28/2005) |
| 12/29/2005 |  | Notice of Docket Text or Event Modification. The attachment to the Motion to Vacate/Set Aside/Correct Sentence 1 was deleted as it was an |

| | | |
|---|---|---|
| | | incomplete document. The complete document was reattached. (MT, ilcd) (Entered: 12/29/2005) |
| 12/29/2005 | 3 | OPINION entered by Judge Michael P. McCuskey on 12/29/05. Petitioner's Motion 1 will be construed by this court as a Motion Pursuant to 28 USC Section 2255. Petitioner is allowed 30 days from the date of this Order to withdraw his motion if he does not want to proceed under 28 USC Section 2255 or to amend his motion to include every Section 2255 claim that he believes that he has. If Petitioner does not withdraw or amend his motion, the Government is allowed until 2/28/06 to file its Response to Petitioner's Motion. If Petitioner amends his Motion within 30 days, the Government is allowed 30 days from the date of the amended motion to file its response. Miscellaneous Deadline 1/30/2006; Response due by 2/28/2006(MT, ilcd) (Entered: 12/29/2005) |
| 01/17/2006 | 4 | OPINION entered by Judge Michael P. McCuskey on 1/17/06. Petitioner's Motion 1 is hereby withdrawn. It will not be considered a motion under Section 2255 which will subject any subsequent Section 2255 motion to restrictions applicable to second or successive Section 2255 motions. Civil Case Terminated.(MT, ilcd) Modified on 2/27/2006 to change "ORDER" to "OPINION." (MT, ilcd). (Entered: 01/17/2006) |
| 01/30/2006 | 5 | MOTION for Relief of Judgment in Accordance with Rule 60 FRCP by Petitioner Keith Bennett Johnson. Responses due by 2/13/2006 (Attachments: # 1 Evidence)(MT, ilcd) (Entered: 01/30/2006) |
| 02/27/2006 | | Notice of Docket Text or Event Modification. The Order entered 1/19/06 4 was modified to change the word "ORDER" to "OPINION." (MT, ilcd) (Entered: 02/27/2006) |
| 02/27/2006 | 6 | MOTION to Set Aside Judgment by Petitioner Keith Bennett Johnson. Responses due by 3/13/2006 (MT, ilcd) (Entered: 02/27/2006) |
| 03/07/2006 | 7 | OPINION entered by Judge Michael P. McCuskey on 3/7/06. Petitioner's Motion for Relief of Judgment in Accordance with Rule 60 5 is DENIED. Petitioner's Motion to Set Aside Judgment 6 is DENIED. (MT, ilcd) Modified on 3/7/2006 to change "ORDER" to "OPINION". (MT, ilcd). (Entered: 03/07/2006) |
| 03/07/2006 | | Notice of Docket Text or Event Modification re 7 Order. Entry modified to change the word "ORDER" to "OPINION." (MT, ilcd) (Entered: 03/07/2006) |
| 03/10/2006 | 8 | Letter from Petitioner re clarification (MT, ilcd) (Entered: 03/10/2006) |
| 03/10/2006 | 9 | MOTION to request to file entry of default by Petitioner Keith Bennett Johnson. Responses due by 3/24/2006 (MT, ilcd) (Entered: 03/10/2006) |
| 03/10/2006 | | TEXT ORDER denying 9 Motion for entry of default. Entered by Judge Michael P. McCuskey on 03/10/2006. (DK2, ilcd) (Entered: 03/10/2006) |
| 03/13/2006 | 10 | NOTICE by USCA of Docketing Petition for Writ of Mandamus, USCA No. 06-1648. (MT, ilcd) (Entered: 03/13/2006) |

| 03/23/2006 | 11 | NOTICE from USCA of ORDER. Upon consideration of the Motion for Issuance of Writ of Mandamus, filed on March 6, 2006, by the pro se petitioner, IT IS ORDERED that the motion is DENIED. (VB, ilcd) (Entered: 03/23/2006) |
|---|---|---|
| 04/10/2006 | 12 | NOTICE OF APPEAL by Keith Bennett Johnson. (MT, ilcd) (Entered: 04/10/2006) |
| 04/10/2006 | 13 | MOTION for Certificate of Appealability by Petitioner Keith Bennett Johnson. Responses due by 4/24/2006 (MT, ilcd) (Entered: 04/10/2006) |
| 04/10/2006 |  | TEXT ORDER denying 13 Motion for Certificate of Appealability. Entered by Judge Michael P. McCuskey on 04/10/2006. (DK2, ilcd) (Entered: 04/10/2006) |
| 04/10/2006 | 14 | Short Record of Appeal Sent to US Court of Appeals re 12 Notice of Appeal (MT, ilcd) (Entered: 04/10/2006) |
| 04/11/2006 | 16 | Certified and Transmitted Record on Appeal to US Court of Appeals re 12 Notice of Appeal consisting of one volume of pleadings (MT, ilcd) Additional attachment(s) added on 4/11/2006 (MT, ilcd). (Entered: 04/11/2006) |
| 04/11/2006 | 15 | Letter of Transmittal to Clerk, USCA (MT, ilcd) (Entered: 04/11/2006) |