

# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

April 10, 2006

**06-2008**

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Johnson v. USA    06-2008
D. C. Docket No. 05-2291
U. S. C. A. Docket No. Unassigned

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

One Volume of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

**FILED**
APR 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

U S C A 7th Circuit
FILED DW
APR 13 2006
GINO J. AGNELLO, CLERK
DOC # 1974845

Very truly yours,

JOHN M. WATERS, CLERK

BY: M. Talbott
Deputy Clerk

ON AIMS
APR 13 2006
DW