E-FILED
Thursday, 27 April, 2006  11:31:49 AM
Clerk, U.S. District Court, ILCD

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit**

Keith B. Johnson

v.   Case No. 06-2008

United States of America

) Appeal from the United States District Court for the
) Central District of Illinois
)
) District Court No. 05-C-2291
)
) District Court Judge M. P. McCuskey
)

U.S.C.A. – 7th Circuit
RECEIVED
APR 2 4 2006   PG
GINO J. AGNELLO
CLERK

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: K.B. Johnson

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 4-20-06

My issues on appeal are: Denial of Relief under Rule 60 Motion, stating no valid basis; Denial of Constitutional Rights and Statutory Rules of Procedure; Abuse of Judicial Discretion; Due Process.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $5.25 | N/A | $24.10 | N/A |
| Self-employment | N/A | N/A | N/A | N/A |
| Income from real property (such as rental income) | N/A | N/A | N/A | N/A |
| Interest and dividends | N/A | N/A | N/A | N/A |
| Gifts | $55.60 | N/A | $60 | N/A |
| Alimony | N/A | N/A | N/A | N/A |
| Child support | N/A | N/A | N/A | N/A |
| Retirement (such as social security, pensions, annuities, insurance) | N/A | N/A | N/A | N/A |
| Disability (such as social security, insurance payments) | N/A | N/A | N/A | N/A |
| Unemployment payments | N/A | N/A | N/A | N/A |
| Public-assistance (such as welfare) | N/A | N/A | N/A | N/A |
| Other (specify): | N/A | N/A | N/A | N/A |
| Total monthly income: | $62 | N/A | $84 | N/A |

U.S.C.A. – 7th Circuit
FILED
APR 2 4 2006   DDS
GINO J. AGNELLO
CLERK

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| F.P.C.- B.O.P. | 12014 P.O. Box | 5-05 | starting 4-1-06  24.00 |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Seperated | — | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Spouse's Records Not Available - Legally Seperated. | | | |
| I have none. | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| None | | Make & year: |
| | | Model: |
| | | Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: None | | |
| Model: | | |
| Registration # | | |

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | | |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| None | | |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0 | $ N/A |
| Are real estate taxes included? [ ] Yes [ ] No | | |
| Is property insurance included? [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 24.00 | $ N/A |
| Transportation (not including motor vehicle expenses | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ N/A |

| | | |
|---|---|---|
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor vehicle | $ 0 | $ N/A |
| Other: FPP per 1/4 | $ 25.00 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Credit card (name): _____ | $ 0 | $ N/A |
| Department store (name): _____ | $ 0 | $ N/A |
| Other: _____ | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ N/A |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $ Aug. 12.00 | $ N/A |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✗] No   If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

Until 4-8-06 - I was paid only 5.25 per month I have $25.00 per V4 on monthly F.R.P., I do not have enough money to even make a copies necessary and the postage and copies (funds) will be borrowed.

**13. State the address of your legal residence.**

P.O. Box 12014  F.P.C.
Terre Haute, Id. 47801

_____

Your daytime phone number: (___) None

Your age: 50   Your years of schooling: 12

Your social-security number: 32850 1974

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

KEITH BENNETT JOHNSON - Petitioner
v.
Cheif Judge Micheal P. McCuskey - Respondent

New Case # 06-2008

~~Case# 06-1648~~

## MOTION TO PROCEED IN FORMA PAUPERIS

NOW COMES, the petitioner, Keith Bennett Johnson, acting pro se, and relying on the protections provided by the U.S. Supreme Court (Hughes v. Rowe U.S. 5, 9-10; 101 S. Ct. 173,175-177; 661 Ed. 163 (1980).

The petitioner, Keith Bennett Johnson inmate # 14092-026, does move this Court to allow him to proceed in forma pauperis in matters before this court.

To support the Motion and prove such need, the petitioner does provide for the Court's review an Affidavit and Copy of Inmate Trust Account.

It is therefore, the prayer of the petitioner, that such be granted and that as in the District Court such will proceed in forma pauperis based both on the hereby provided information and that which has been submitted in the District Court.

KEITH BENNETT JOHNSON
INMATE # 14092-026
P.O. BOX 12014
Terre Haute, IN. 47801

SUBMITTED THIS THE __16th__ DAY OF MARCH, 2006 by my hand:

_Keith Bennett Johnson_ 3/16/06
KEITH BENNETT JOHNSON

## AFFIDAVIT IN SUPPORT OF MOTION TO
## PROCEED IN FORMA PAUPERIS

I KEITH BENNETT JOHNSON, do hereby aver and attest that the following are true and correct accounts and statements of my present financial condition:

<u>1.</u> I maintain no bank accounts, no real property, no vehicles, nor anything else of value under my name.

<u>2.</u> I have been approved by the District Court in the Central District of ILL. to proceed in forma pauperia and have submitted the proper documentation as required. Such has stood since 2004.

<u>3.</u> I am presently incarcertaed in the Federal Prison Facility in Terre Haute, IN. and have been since May of 2005.

<u>4.</u> My only source of income is from my Inmate job and gifts.

<u>5.</u> I do pay both medical costs and F.R.P. payments from my inmate trust account.

<u>6.</u> I presently have less than $25.00 in my Inmate Trust account.

<u>7.</u> I average approximatley 70% or more in expense drawn from my account on materials necessary to fight for justice in my case.

I DO HEREBY ATTEST TO THE ABOVER STATEMENTS BEING TRUE AND FACTUAL, AND THAT SUCH ARE HEREBY REPRESENTED IN CORRECT FORM. COPY OF INMATE ACCOUNT IS AS PROVIDED BY THE B.O.P. AND DELIVERED TO ME FOR YOUR REVIEW.

Attest this the 16th day of March, 2006.          *[signed]* Keith Bennett Johnson 3/16/06

Notary:

This inmate has appeared before me in person and has affixed his signature hereto:

*[signed]* 3/16/06
Notary
Exp: May 20, 2009

ViewAllTransCombined

Page 1 of 1

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 14092026 |
| Inmate Name: | JOHNSON, KEITH |
| Report Date: | 03/16/2006 |
| Report Time: | 11:47:33 AM |

| | |
|---|---|
| Current Institution: | Terre Haute FCI |
| Housing Unit: | CAMP |
| Living Quarters: | S08-028L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 3/16/2006 5:30:52 AM | AMSERVICE | Lockbox - CD | $10.00 | 70153501 | | $20.70 |
| 3/14/2006 6:02:11 AM | AMSERVICE | Lockbox - CD | $10.00 | 70153301 | | $10.70 |
| 3/10/2006 4:59:18 PM | AMService | Phone Withdrawal | ($6.00) | ITS0310 | | $0.70 |
| 3/8/2006 6:41:12 AM | THA7583 | FRP Quarterly Pymt | ($25.00) | FOS2039 | | $6.70 |
| 3/8/2006 6:25:00 AM | THA7583 | Payroll - IPP | $5.25 | FIPP0206 | | $31.70 |
| 3/8/2006 6:24:11 AM | THA7583 | Payroll - IPP | $25.00 | FIPP0206 | | $26.45 |
| 3/6/2006 1:27:34 PM | THA4682 | Sales | ($10.35) | 17 | | $1.45 |
| 3/4/2006 6:35:47 PM | AMService | Phone Withdrawal | ($5.00) | ITS0304 | | $11.80 |
| 3/4/2006 7:50:37 AM | AMService | Phone Withdrawal | ($34.00) | ITS0304 | | $16.80 |
| 3/4/2006 6:21:10 AM | AMSERVICE | Lockbox - CD | $10.00 | 70152701 | | $50.80 |
| 3/3/2006 4:17:27 PM | AMSERVICE | Western Union | $40.00 | 33311106 | | $40.80 |
| 3/1/2006 7:53:25 PM | AMService | Phone Withdrawal | ($25.00) | ITS0301 | | $0.80 |
| 2/28/2006 2:45:57 PM | THA7583 | Payroll - IPP | $25.00 | FIPP0106 | | $25.80 |
| 2/16/2006 5:01:57 PM | AMService | Phone Withdrawal | ($11.00) | ITS0216 | | $0.80 |
| 2/13/2006 1:10:08 PM | THA2991 | Sales | ($5.00) | 4 | | $11.80 |
| 2/13/2006 5:52:57 AM | AMSERVICE | Lockbox - CD | $10.00 | 70151303 | | $16.80 |
| 2/8/2006 6:23:36 AM | THA7583 | Payroll - IPP | $5.25 | FIPP0106 | | $6.80 |
| 1/26/2006 10:10:54 PM | AMService | Phone Withdrawal | ($5.00) | ITS0126 | | $1.55 |
| 1/26/2006 1:06:06 PM | THA1665 | Inmate Co-pay | $2.00 | FICP0106-V | | $6.55 |
| 1/23/2006 1:13:40 PM | THA2991 | Sales | ($24.30) | 10 | | $4.55 |
| 1/20/2006 7:55:29 AM | THA7459 | Inmate Co-pay | ($2.00) | FICP0106 | | $28.85 |
| 1/20/2006 5:29:16 AM | AMSERVICE | Lockbox - CD | $10.00 | 70149701 | | $30.85 |
| 1/17/2006 8:25:45 PM | AMService | Phone Withdrawal | ($20.00) | ITS0117 | | $20.85 |
| 1/17/2006 8:27:09 AM | DC2493 | Lockbox - CD | $40.00 | 70149402 | | $40.85 |
| 1/16/2006 11:07:16 PM | AMService | Phone Withdrawal | ($3.00) | ITS0116 | | $0.85 |
| 1/13/2006 7:58:53 PM | AMService | Phone Withdrawal | ($6.00) | ITS0113 | | $3.85 |
| 1/9/2006 12:54:44 PM | THA2991 | Sales | ($10.80) | 1 | | $9.85 |
| 1/9/2006 6:26:55 AM | THA7583 | Payroll - IPP | $5.25 | FIPP1205 | | $20.65 |
| 1/5/2006 1:21:38 PM | THA1060 | Inmate Co-pay | ($2.00) | FICP0106 | | $15.40 |
| 12/31/2005 7:23:07 AM | AMService | Phone Withdrawal | ($3.00) | ITS1231 | | $17.40 |
| 12/17/2005 6:46:39 PM | AMService | Phone Withdrawal | ($15.00) | ITS1217 | | $20.40 |
| 12/12/2005 3:32:59 PM | THA2991 | Sales | ($0.85) | 46 | | $35.40 |
| 12/12/2005 3:31:45 PM | THA2991 | Sales | ($28.45) | 45 | | $36.25 |
| 12/8/2005 7:02:30 AM | THA7583 | FRP Quarterly Pymt | ($25.00) | FOS2020 | | $64.70 |
| 12/8/2005 6:30:42 AM | THA7583 | Payroll - IPP | $30.94 | FIPP1105 | | $89.70 |
| 12/5/2005 4:40:26 PM | THA9138 | Sales | ($40.60) | 76 | | $58.76 |
| 11/30/2005 10:33:21 PM | AMService | Phone Withdrawal | ($3.00) | ITS1130 | | $99.36 |
| 11/29/2005 6:28:19 AM | AMSERVICE | Lockbox - CD | $100.00 | 70146201 | | $102.36 |
| 11/28/2005 3:44:53 PM | THA9138 | Sales | ($9.80) | 78 | | $2.36 |
| 11/21/2005 3:27:58 PM | THA9138 | Sales | ($14.40) | 62 | | $12.16 |
| 11/14/2005 2:53:35 PM | THA9138 | Sales | ($39.70) | 32 | | $26.56 |
| 11/12/2005 10:28:48 PM | AMService | Phone Withdrawal | ($10.00) | ITS1112 | | $66.26 |
| 11/8/2005 6:28:59 AM | THA7583 | Payroll - IPP | $71.77 | FIPP1005 | | $76.26 |
| 11/7/2005 3:37:43 PM | THA9138 | Sales | ($21.15) | 71 | | $4.49 |
| 11/6/2005 6:29:24 AM | AMSERVICE | Lockbox - CD | $25.00 | 70144802 | | $25.64 |
| 10/31/2005 7:53:05 PM | AMService | Phone Withdrawal | ($2.00) | ITS1031 | | $0.64 |
| 10/31/2005 4:28:22 PM | THA9138 | Sales | ($14.50) | 71 | | $2.64 |
| 10/24/2005 2:56:36 PM | THA9138 | Sales | ($39.15) | 38 | | $17.14 |
| 10/17/2005 2:30:33 PM | THA9138 | Sales | ($13.60) | 12 | | $56.29 |
| 10/17/2005 5:24:38 AM | AMSERVICE | Lockbox - CD | $50.00 | 70143303 | | $69.89 |

1 2

## All Transactions

| | |   | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 14092026 | **Current Institution:** | Terre Haute FCI | |
| **Inmate Name:** | JOHNSON, KEITH | **Housing Unit:** | CAMP | |
| **Report Date:** | 03/16/2006 | **Living Quarters:** | S08-028L | |
| **Report Time:** | 11:47:47 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/11/2005 2:25:30 PM | THA9138 | Sales | ($27.80) | 7 | | $19.89 |
| 10/7/2005 7:42:30 AM | THA7232 | Payroll - IPP | $24.66 | 5IP09510 | | $47.69 |
| 10/3/2005 2:21:10 PM | THA9138 | Sales | ($26.70) | 3 | | $23.03 |
| 9/20/2005 2:28:54 PM | THA9138 | Sales | ($18.55) | 6 | | $49.73 |
| 9/13/2005 3:04:43 PM | THA9138 | Sales | ($40.60) | 37 | | $68.28 |
| 9/10/2005 5:42:03 AM | AMSERVICE | Lockbox - CD | $50.00 | 70140901 | | $108.88 |
| 9/8/2005 8:11:43 AM | THA7232 | FRP Quarterly Pymt | ($25.00) | 5OS2053 | | $58.88 |
| 9/8/2005 7:44:58 AM | THA7232 | Payroll - IPP | $24.66 | 5IPP0805 | | $83.88 |
| 9/6/2005 3:10:36 PM | THA0743 | Sales | ($41.65) | 34 | | $59.22 |
| 9/5/2005 5:17:32 AM | AMSERVICE | Lockbox - CD | $50.00 | 70140503 | | $100.87 |
| 9/3/2005 5:02:25 AM | AMSERVICE | Lockbox - CD | $15.00 | 70140501 | | $50.87 |
| 8/30/2005 2:53:41 PM | THA9138 | Sales | ($22.15) | 32 | | $35.87 |
| 8/28/2005 8:37:17 PM | AMService | Phone Withdrawal | ($5.00) | ITS0828 | | $58.02 |
| 8/25/2005 5:08:16 AM | AMSERVICE | Lockbox - CD | $30.00 | 70139801 | | $63.02 |
| 8/24/2005 3:19:20 PM | THA9138 | Sales | ($4.30) | 35 | | $33.02 |
| 8/23/2005 3:05:24 PM | THA9138 | Sales | ($60.20) | 44 | | $37.32 |
| 8/19/2005 5:31:50 AM | AMSERVICE | Lockbox - CD | $50.00 | 70139401 | | $97.52 |
| 8/16/2005 2:26:39 PM | THA9138 | Sales | ($20.10) | 4 | | $47.52 |
| 8/13/2005 10:58:07 AM | AMSERVICE | Lockbox - CD | $50.00 | 70139001 | | $67.62 |
| 8/8/2005 6:58:51 AM | THA7583 | Payroll - IPP | $15.12 | 5IPP0705 | | $17.62 |
| 8/2/2005 3:32:16 PM | THA9138 | Sales | ($7.40) | 65 | | $2.50 |
| 7/26/2005 3:02:54 PM | THA9138 | Sales | ($35.15) | 40 | | $9.90 |
| 7/19/2005 2:31:51 PM | THA9138 | Sales | ($27.45) | 11 | | $45.05 |
| 7/12/2005 2:34:02 PM | THA9138 | Sales | ($23.30) | 8 | | $72.50 |
| 7/7/2005 6:45:40 AM | THA7583 | Payroll - IPP | $7.92 | 5JV0111 | | $95.80 |
| 7/6/2005 2:35:25 PM | THA9138 | Sales | ($38.50) | 6 | | $87.88 |
| 7/3/2005 10:06:52 AM | AMSERVICE | Lockbox - CD | $100.00 | 70136102 | | $126.38 |
| 6/21/2005 5:37:27 PM | AMService | Phone Withdrawal | ($10.00) | ITS0621 | | $26.38 |
| 6/21/2005 2:51:19 PM | THA0743 | Sales | ($2.60) | 8 | | $36.38 |
| 6/20/2005 5:05:08 AM | AMSERVICE | Lockbox - CD | $25.13 | 70135103 | | $38.98 |

1 2

PROOF OF SERVICE AND FILING
OF MOTION TO PROCEED IN FORMA PAUPERIS

---

On this the 20th day of April 2006, I Keith B. Johnson, Inmate # 14092-026 did deposit into inmate mail documents for the Motion described above.

Copies in these amounts were forwarded to the following respective individuals;

Mr. Gino Angello - Clerk of the Court
Appeals Court (U.S.) for the Seventh Circuit
219 South Dearborn Street
Chicago, ILL 60604
2 Copies of documents and one of main pages to be stamped and returned

Mr. Eugene Miller - U.S. Attorneys Office
201 S. Vine Street
U.S. Courthouse
Urbana, Ill. 61802
1 Copy of Motion

---

I do hereby attest and aver that such was sent by my hand on this the 20th day of April 2006, and placed in inmate mail for delivery to these persons.

*Keith B. Johnson*    4/20/06
Keith B. Johnson - 14092-026    4/20/06
Acting Pro Se