UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/ URBANA DIVISION

---

CIRCUIT RULE #3 (c) DOCKETING STATEMENT
FILE # 06-2008

---

| | |
|---|---|
| KEITH BENNETT JOHNSON | NOTICE OF APPEAL |
| Petitioner | Appeal from U.S. District Court |
| | on final judgement from a Rule 60 |
| v. | Motion for Relief under file # 05-C-2291 |
| UNITED STATES OF AMERICA | MICHAEL P. MCCUSKEY - Judge |
| Respondent | |

FILED
MAY 04 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

NOTICE is hereby given that I, KEITH BENNETT JOHNSON, acting Pro Se in the above named case, hereby Appeal to the UNITED STATES COURT OF APPEALS for the Seventh Circuit from final judgement entered in this action on the 7th day of March, 2006.

Submitted this the 29th day of April, 2006

By my hand _Keith B. Johnson_ 4/29/06

Keith B. Johnson - 14092-026
Acting Pro Se
P.O. BOX 12014
Terre Haute, IN 47801

PROOF OF SERVICE AND FILING OF

CIRCUIT RULE 3 (c) Docketing Statement

---

On this the 29th day of April, 2006, I Keith B. Johnson, inmate # 14092-026 did deposit in the inmate mail for delivery to the following courts/persons such to be delivered via regular U.S. Postal Service.

Mailed one copy of each with the Docketing Statement and this proof of service.

TO:

The United States Court of Appeals

Gino Angello - Clerk

219 South Dearborn St.

Chicago, Ill. 60604


United States District Court

Mr. Waters - Clerk

201 South Vine St. #218

Urbana, Ill. 61802


Eugene Miller

U.S. Attorneys Office

201 South Vine St.

Urbana, Ill. 61802


I do hereby attest such was done by my hand on this the 29th day of April, 2006 from the F.P.C. in Terre Haute.

*Keith B. Johnson* 4/29/06

Keith B. Johnson acting Pro Se

inmate # 14092-026

P.O. Box 12014

Terre Haute, IN 47801