UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:    06-2287              Docketed on: 5/4/06
Short Caption:          Johnson, Keith B. v. USA
District Court Judge:   Michael P. McCuskey
District Court No.:     05 C 2291
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)

**FILED**

MAY 08 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL