# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 2, 2006

Before

**Hon.** RICHARD A. POSNER, *Circuit Judge*

**Hon.** ILANA DIAMOND ROVNER, *Circuit Judge*

**Hon.** ANN CLAIRE WILLIAMS, *Circuit Judge*



FILED
JUN 0 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

```
KEITH B. JOHNSON,                    ] Appeal from the United
        Petitioner-Appellant,        ] States District Court for
                                     ] the Central District of
No. 06-2008                    v.    ] Illinois.
                                     ]
UNITED STATES OF AMERICA,            ] No. 05 C 2291
        Respondent-Appellee.         ]
                                     ] Michael P. McCuskey,
                                     ]     Chief Judge.
```

Upon consideration of the **MOTION FOR RELEASE ON BAIL/BOND PENDING APPEAL DECISION**, filed on May 18, 2006, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED**.