# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   June 22, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Suite 218
        201 S. Vine Street
        U.S. Courthouse
        Urbana, IL   61802-3369

**FILED**

JUN 2 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM:   Clerk of the Court

RE:     06-2287
        Johnson, Keith B. v. USA
        05 C 2291, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date:   __6/26/06_____        __s/V. Ball_____
(1202-052495)                              Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**CERTIFIED COPY**

<u>DISMISSAL PER FRAP 42(b)</u>

Date: June 22, 2006

By the Court:

No. 06-2287

KEITH B. JOHNSON,
    Petitioner - Appellant

v.

UNITED STATES OF AMERICA,
    Respondent - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 2291, Michael P. McCuskey, Chief Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on June 20, 2006,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)