E-FILED
Friday, 08 September, 2006 11:12:44 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: September 5, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL 61802-3369

**FILED**

SEP 07 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM: Clerk of the Court

RE: 06-2008
Johnson, Keith B. v. USA
05 C 2291, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [1] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other _____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:     Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __9/7/06__                         s/V. Ball
(1071-120397)                            Deputy Clerk, U.S. District Court

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

A True Copy
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit

Submitted June 14, 2006
Decided July 11, 2006

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 06-2008

| | |
|---|---|
| KEITH B. JOHNSON,<br>*Petitioner-Appellant,*<br><br>*v.*<br><br>UNITED STATES OF AMERICA,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 05-CV-2291<br><br>Michael P. McCuskey,<br>*Chief Judge.* |

### ORDER

Keith Johnson was charged with bank fraud, 18 U.S.C. § 1344, and wire fraud, *id.* § 1343. Johnson entered into a written plea agreement that called for him to plead guilty to the bank-fraud count and waive his right to appeal his conviction or sentence as well as his right to collateral attack. The district court sentenced him to 46 months of imprisonment to be followed with five years of supervised release. We dismissed his appeal and granted his counsel's motion to withdraw, *United States v. Johnson*, No. 05-2378 (7th Cir. Nov. 22, 2005).

After we dismissed his appeal, Johnson filed a "Motion for Dismissal & Order of Recuse (Relief)" with the district court. The court warned Johnson under *Castro v. United States*, 540 U.S. 375 (2003) that unless he withdrew the motion, it would

No. 06-2008                                                                                           Page 2

be considered a § 2255 motion. He withdrew the motion, but then filed a Rule 60(b) motion. The district court denied the Rule 60(b) motion because it did not state a valid basis for relief. The district court was correct, and we **AFFIRM** the district court's judgment.